IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BARBARA WILSON**                                                                                       **PLAINTIFF**

V.                          **CASE NO.: 3:11CV00074 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                                      **DEFENDANT**

## ORDER

For good cause shown, Plaintiff's unopposed motion for extension of time to file her brief (docket entry #12) is GRANTED. The time is extended to, and including, September 19, 2011. Defendant's brief shall be due 42 days from the date Plaintiff's brief is served.

IT IS SO ORDERED this 16th day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE