IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BARBRA WILSON                                                                                          PLAINTIFF

NO: 3:11-CV-00074 JWC

MICHAEL J. ASTRUE,                                                                                  DEFENDANT
Commissioner, Social Security
Administration

## JUDGEMENT

Judgement is hereby entered in accordance with the Court's Memorandum Opinion and Order entered this date. This case is hereby reversed and remanded for action consistent with the Court's opinion. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 25th day of September, 2012.

_____